### (September 21, 1981)

■ JUDY WIESER et al., Appellants, v SAVINO NITTY et al., Defendants, and TOWN OF SMITHTOWN, Respondent. — Judgment of the Supreme Court, Suffolk County (Gerard, J.), entered August 8, 1980, upon an order of the same court, dated July 3, 1980, granting respondent's motion for summary judgment, affirmed, without costs or disbursements. No opinion. (We deem the notice of appeal to be a premature notice of appeal from the judgment.) Mollen, P.J., Damiani, Gibbons and Thompson, JJ., concur.